UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

FILED
NOV 14 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

JOCELYN WARREN, )
    Plaintiff, )
)
Vs )
)
GOVERNOR OF THE STATE OF INDIANA, )
INDIANA DEPARTMENT OF CHILD SERVICES ) Case no.
CITY OF KOKOMO, KOKOMO POLICE )
DEPARTMENT, HOWARD COUNTY SHERIFF )
DEPARTMENT, KOKOMO CITY POLICE ) 1:23-cv-02047-JRS-TAB
KOKOMO SHERIFF DEPUTIES, et al. )
    Defendants. )

**CIVIL RIGHTS COMPLAINT AND JURY DEMAND**

I. PARTIES TO THE CASE
  A. PLAINTIFF
    1. Jocelyn Warren
      3002 Matthew Dr. Apt. E
      Kokomo, IN 46902

  B. DEFENDANTS
    2. Governor Greg Holcumb
      302 w Washington st.
      Indpls, IN 46204
    3. Mayor Greg Goodnight
      100 s Union st
      Kokomo, IN 46901
    4. Director Eric Miller
      302 w Washington st
      Indpls, IN 46204

5. Police Chief Doug Stout
100 s Union st.
Kokomo, IN 46901

6. Sheriff Jerry Asher
1800 w Markland ave
Kokomo, IN 46901

7. Officer Adams
100 s Union st
Kokomo, IN 46901

8. Officer Zachary Griffith
100 s Union st
Kokomo, IN 46901

9. Officer Roy Smith
100 s Union st
Kokomo, IN 46901

10. Officer Jonathan Kraetsch
100 s Union st
Kokomo, IN 46901

11. Officer Richie Sears
100 s Union st
Kokomo, IN 46901

12. Officer Ryan Adams
100 s Union st
Kokomo, IN 46901

**II. ALL DEFENDANTS ARE BEING SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES FOR VIOLATION OF THE PLAINTIFF'S FEDERAL CIVIL RIGHTS WHILE ACTING UNDER THE COLOR OF STATE LAW.**

**THE CUSTOMS AND PRACTICES OF THE GOVERNOR OF INDIANA, THE MAYOR OF KOKOMO, THE DIRECTOR OF CHILD SERVICES, THE SHERIFF OF HOWARD COUNTY AND THE CHIEF OF POLICE HAVE LED TO THE ACTIONS OF THE DEFENDANTS MENTIONED IN THIS COMPLAINT.**

**III. BASIS FOR JURISDICTION**

Under 42 U.S.C. 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws].xzs

A. THIS CASE IS AGAINST STATE AND LOCAL OFFICIALS WORKING IN THE CAPACITY OF THE COLOR OF STATE LAW.
B. THE PLAINTIFF IS BRINGING THIS CASE AGAINST STATE AND LOCAL OFFICIALS FOR VIOLATION OF HER FEDERAL CONSTITUTIONAL RIGHTS.
   (1) FALSE ARREST, POLICE BRUTALITY EXCESSIVE FORCE AND ASSAULT, POLICE MISCONDUCT, INTENTIONAL FALSE ARREST, AND BATTERY RESULTING IN PHYSICAL AND MENTAL AND EMOTIONAL INJURIES.

## IV. STATEMENT OF THE CLAIM

1. On or about April 29, 2021, at 3:00 p.m. two Howard County Police Department officers conducted a warrantless search of Warren's home. The officers knocked on Warren's door and questioned her about yelling at her child.
2. Warren denied officers entry into her residence, asked the officers for their names and badge numbers and the officers stated that they were going to contact DCS and come back.
3. The officers came back to Warren's residence at about 11:00 p.m. that same night with additional officers and a representative from the Department of Child Services.
4. Again, Warren refused the officers entry into her residence and requested their names and badge numbers; however, Warren allowed the representative from DCS and officers to speak with her and her son via facetime.
5. The DCS representative and the officers observed during the facetime call that Warren and her son were fine and that there was no evidence of immediate and/or foreseeable danger.
6. The DCS representative and the officers left again at approximately 11:30 p.m.
7. Warren poured herself a drink and eventually went to sleep and was awakened by a loud noise.
8. The officers claimed that they received another anonymous call of yelling from Warren's residence.
9. Warren, then jumped out of the bed where she was confronted by multiple officers with their guns drawn.
10. The officers began to physically assault Warren whereas they picked her up, carried her outside of her residence and drugged her on the ground to the police car.
11. Warren was choked by the mace that was sprayed on her face and she was thrown into the backseat of the patrol car by the officers.
12. Warren was arrested for Neglect of a Dependant for having an open container of alcohol in residence.

13. Warren was transported to the Howard County jail, where Howard County Sheriff Deputies again assaulted her by tripping her and making her fall to the concrete floor resulting in further injuries to her head, face and neck area.
14. The Department of Child Services intentionally and maliciously introduced knowingly false information at Warren's permanency hearing in regards to her son Jaece Warren that would have determined placement, guardianship and custody of her child.

## V. INJURIES

1. Warren sustained extreme lower back pain and injuries from being picked up and dropped and dragged to the ground by the Howard County Police officers. The injury to Warren's back by the officers from the night of the incident has continuously caused her extreme agony. The pain has consistently progressed over time even until this day.
2. Warren suffered a broken foot and sprained ankle due to the officers assault of her on the night she was falsely and maliciously arrested which until this day still causes her extreme pain to the extent that it has adversely affected her ability to walk.
3. Warren is suffering from extreme chest pains due to the assault from the Howard County Police and Sheriff Department officers.
4. Warren sustained injuries to her right wrist that has affected her ability to work and use her hand for basic daily living activities.
5. Warren has maintained pain in her neck due to the officers assaulting her that still until this day causes her extreme pain.
6. Warren suffered pain and irritation to her eyes from the maze that was wrongfully used against her and that she still has problems seeing due to blurred vision from the night of the incident.
7. Warren has suffered mental and emotional agony due to the Howard County Police and Sheriff deputies officers assaulting her whereas she has continuously experienced nightmares, depression, lack of sleep, suicide thoughts, high blood pressure, and reoccurring thoughts of the incident.

8. Warren lost custody of her son due to the unlawful actions of the Howard County and the Howard County Police.
9. The removal of Warren's son by the Department of Child Services, as a result of the officers unlawfully breaking into Warren's home, assaulting her, falsely arresting her and taking her son away has caused extreme stress and depression that is still occurring until this day.
10. Warren has been previously diagnosed with hyper-tyroidism, high blood pressure, and PTSD.

## VI. RELIEF

1. Warren requests that the Defendants pay forty (40) million dollars which is less than one percent of what the State of Indiana surplused in the fiscal year of 2022.
2. Warren requests that the above-mentioned defendants be removed from their position of office.
3. Warren requests that the above-mentioned defendants all issue a public apology and refrain from any further unlawful action against her or any retaliation.

## VII CERTIFICATION AND CLOSING

Under federal rules of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: 1. Is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument extending, modifying, or reversing existing law; (3) the factual connections have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Respectfully Submitted,

_Jocelyn Warren_
Jocelyn Warren Plaintiff/Pro se