UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOCELYN WARREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-02047-JRS-TAB |
| | ) |
| GOVERNOR OF THE STATE OF INDIANA, | ) |
| INDIANA DEPARTMENT OF CHILD SERVICES, | ) |
| CITY OF KOKOMO, | ) |
| KOKOMO POLICE DEPARTMENT, | ) |
| HOWARD COUNTY SHERIFF DEPARTMENT, | ) |
| KOKOMO CITY POLICE, | ) |
| GREG GOODNIGHT, | ) |
| ERIC MILLER, | ) |
| DOUG STOUT, | ) |
| JERRY ASHER, | ) |
| ADAMS, | ) |
| ZACHARY GRIFFITH, | ) |
| ROY SMITH, | ) |
| JONATHAN KRAETSCH, | ) |
| RYAN ADAMS, | ) |
| | ) |
| Defendants. | ) |

## Judgment

This is a final judgment dismissing this action with prejudice. The case is closed.

Date: 12/4/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

JOCELYN WARREN
P.O. Box 15034
Chicago, IL 60615